HERBERT L. SMITH, Respondent, *v.* GERALD B. DIEM et al., Appellants.

(Argued October 23, 1928; decided November 20, 1928.)

*James M. H. Wallace, Joseph Swart* and *Louis J. Voltz* for appellants.

*Richard E. Jacobson* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.